### FOSDICK *v.* TOWN OF HEMPSTEAD.

*(Supreme Court, General Term, Second Department.* December 9, 1889.)

No opinion. Reargument ordered. For decision, see 8 N. Y. Supp. 772.

---

### KELLEY, Appellant, *v.* FOSTER, Respondent.

*(Supreme Court, General Term, Second Department.* December 9, 1889.)

Reargument ordered. See 8 N. Y. Supp. 901.

---

### RUMSEY *v.* NEW YORK & N. E. R. Co.

*(Supreme Court, General Term, Second Department.* December 9, 1889.)

Argued before DYKMAN and PRATT, JJ.

No opinion. Judgment affirmed, with costs. For former report, see 4 N. Y. Supp. 293.

---

### SIMONSON *v.* SCHENCK.

*(Supreme Court, General Term, Second Department.* December 9, 1889.)

No opinion. Affirmed for non-submission of papers according to order.

---

### HAMILL, Respondent, *v.* ROBERTS, Appellant.

*(Supreme Court, General Term, Second Department.* February 10, 1890.)

Appeal from special term, Kings county.

Action by Irving Wright against Lewis Roberts. The facts are the same as in *Wright* v. *Roberts,* 8 N. Y. Supp. 745.

Order affirmed, with costs and disbursements.